**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JOSEPH ZAPPIA, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

THE ODP CORPORATION, GERRY P. SMITH, WENDY L. SCHOPPERT, QUINCY L. ALLEN, KRISTIN A. CAMPBELL, CYNTHIA T. JAMISON, EVAN LEVITT, SHASHANK SAMANT, and AMY SCHIOLDAGER,

Defendants.

Case No.:

FILED BY ___ D.C.
AUG 19 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO FILE COMPLAINT UNDER SEAL**

Pursuant to Southern District of Florida Local Rules 5.4(b) and 7.1 and the Court's inherent authority, Plaintiff Joseph Zappia ("Plaintiff") respectfully moves for entry of an order (i) sealing the unredacted version of the complaint and (ii) permitting Plaintiff to file a redacted version of the complaint on the publicly accessible docket.

1. This is a putative securities class action against The ODP Corporation ("ODP") and its former directors (collectively with ODP, "Defendants"). Plaintiff alleges that Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 by utilizing a materially false and misleading proxy statement to solicit ODP stockholders to approve the financially unfair sale of ODP to Atlas Holdings LLC.

2. The complaint extensively incorporates information that ODP deemed non-public, confidential, commercially sensitive, and/or proprietary and designated as "Confidential Information" pursuant to the terms of a Confidentiality Agreement between Plaintiff and ODP (attached hereto as **Exhibit 1**). The Confidentiality Agreement was entered into to facilitate the

production of documents by ODP to Plaintiff after Plaintiff sent a demand to inspect ODP's books and records pursuant to Delaware's stockholder inspection statute, 8 Del. C. § 220.[1]

3. Paragraph 3(a) of the Confidentiality Agreement required Plaintiff to file the unredacted complaint "as a confidential filing" in accordance with applicable Court rules. Accordingly, Plaintiff respectfully submits the instant motion.

**MEMORANDUM OF LAW**

Because the "Confidential Information" was deemed confidential by ODP, was derived from documents produced by ODP, and relates to ODP's business and the Merger, Plaintiff is unable to provide further detail regarding the confidential, commercially sensitive, and/or proprietary nature of the information incorporated into the complaint. However, Plaintiff is aware that this Court and others within the Eleventh Circuit have held that the common-law right of access to judicial records "'may be overcome by a showing of good cause, which requires 'balancing the asserted right of access against the other party's interest in keeping the information confidential[,]'" and have found it appropriate to seal court filings that would reveal confidential business or financial information that was subject to a non-disclosure agreement. *El-Harazin v. Conan Medtech Corp.*, No. 24-CV-24553-RAR, 2025 U.S. Dist. LEXIS 263339 (S.D. Fla. Jan. 21, 2025) (granting motion to file unredacted complaint under seal where it contained confidential information provided pursuant to a non-disclosure agreement); *Robertson v. Alvarado*, No. 3:18-cv-487-J-34MCR, 2018 U.S. Dist. LEXIS 66813 (M.D. Fla. Apr. 20, 2018) (same).

[1] ODP is a Delaware corporation headquartered in Boca Raton, Florida, and it survived the Merger as a wholly owned subsidiary of an entity affiliated with Atlas Holdings LLC.

Based on the forgoing, Plaintiff respectfully requests that the Court enter an order (i) sealing the unredacted version of the complaint and (ii) permitting Plaintiff to file a redacted version of the complaint on the publicly accessible docket.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

The undesigned hereby certifies that counsel for Plaintiff has conferred with counsel for ODP, and ODP supports entry of the order requested herein.

Dated: August 18, 2026

Respectfully submitted,

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Richard D. Rivera*
Richard D. Rivera
Florida Bar No.: 0108251
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202
Tel.: (904) 598-6110
rrivera@sgrlaw.com

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde (*pro hac vice* forthcoming)
Miles D. Schreiner (*pro hac vice* forthcoming)
Jonathan T. Lerner (*pro hac vice* forthcoming)
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, NY 10118
Tel: (212) 971-1341
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com
jlerner@monteverdelaw.com

**WOHL & FRUCHTER LLP**
Joshua E. Fruchter (*pro hac vice* forthcoming)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
jfruchter@wohlfruchter.com

*Attorneys for Plaintiff*

ORIGIN ID:NIPA (904) 598-6119
RICHARD D. RIVERA
SMITH GAMBRELL RUSSELL LLP
50 NORTH LAURA STREET
SUITE 2600
JACKSONVILLE, FL 32202
UNITED STATES US

SHIP DATE: 18AUG26
ACTWGT: 0.50 LB
CAD: 105048935/INET4535

BILL SENDER

TO CLERK OF COURT
U.S. DISTRICT COURT
400 NORTH MIAMI AVENUE

MIAMI FL 33128
(305) 523-5100
INV:
PO: 010266.001/1739
REF: 010266.001/1739
DEPT: 010266.001/1739

58KJ6/C457/484B

FedEx Express

E

3

WED - 19 AUG 5:00P
STANDARD OVERNIGHT

TRK# 0201 8759 5312 6630

XP MPBA

33128
FL-US MIA

REC'D BY
AUG 19 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI